254 So.2d 273

**STATE of Louisiana ex rel. Joseph
GREMILLION**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**
No. 51872.
Nov. 16, 1971.

In re: Joseph Gremillion applying for writ of habeas corpus.

Application denied. After considering the minutes of this Court and the evidence taken at the hearing below, we find that relator is not entitled to the relief prayed for.

DIXON, J. is of the opinion that the application should be granted. The mutilation of the bill of information by the prosecutor leaves no valid bill in the record to support the penitentiary sentence. This is a fatal defect apparent on the face of the record.

■

254 So.2d 273

**William P. RYAN**

v.

**STATE of Louisiana.**
No. 51801.

Nov. 16, 1971.

In re: William P. Ryan applying for writ of haebas corpus.

Writ granted. See order.

The petition of relator in the above entitled and numbered cause having been duly considered,

It is ordered that this case be remanded to the Criminal District Court for the Parish of Orleans, Section F, for the amendment of sentence, on or before December 6, 1971, giving credit for eleven (11) months time served from June 19, 1966 to May 19, 1967, or that the said Judge show cause to the contrary in this Court on December 16, 1971 at 11:00 a. m.